ACCEPTED
03-13-00790-CV
6711306
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:29:28 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, | § | IN THE THIRD |
| as co-executor of the estate of | § | 3rd COURT OF APPEALS |
| Ted Anderson, and | § | AUSTIN, TEXAS |
| Christine Anderson, | § | 8/28/2015 5:29:28 PM |
| as co-executor of the estate of | § | JEFFREY D. KYLE |
| Ted Anderson, Appellants | § | Clerk |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| Richard T. Archer, David | § | |
| B. Archer, Carol Archer | § | |
| Bugg, John V. Archer, | § | |
| Karen Archer Ball, and | § | |
| Sherri Archer, Appellees | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:29:28 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF THIS COURT:

Appellants/Cross-appellees, Movants, hereby urge the Court to continue oral argument and submission of this case, and in support show:

1.    Oral argument is set for September 2, 2015.

2.    Movants seek a continuance of 30 days to allow them to retain new counsel.  Appellants' current counsel has personal health conditions which have become disabling and incompatible with continuation of proper representation of Movants herein.  A Motion to Withdraw is filed contemporaneously herewith.  Movants do not oppose the motion to withdraw as long as they have a reasonable time to allow their substitute counsel opportunity to prepare.

3.    This withdrawal is not sought for delay only but that justice may be done.

## CERTIFICATE OF CONFERENCE

4.      Movants have conferred with counsel for Appellees/Cross-appellants in this action; and they are opposed.

5.      For the above reasons, Movants request the Court to continue submission of this case and reset oral argument for thirty days, or as soon thereafter as the Court can hear the matter.

Respectfully submitted,
**THE LAW OFFICE OF**
**GERALD D. MCFARLEN, PC**
28 Fabra Oaks Road
Boerne, TX 78006
Phone: (830) 331-8554
Fax: (210) 568-4305
Email: *gmcfarlen@mcfarlenlaw.com*


BY:  /s/ Gerald D. McFarlen
        GERALD D. McFARLEN
        State Bar No. 13604500

ATTORNEYS      FOR      CROSS
APPELLEES

# CERTIFICATE OF SERVICE

I do hereby certify that on the 28th day of August, 2015, a true and correct copy of the foregoing motion was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.
Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen
GERALD D. McFARLEN